# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK E. SPICER, JR.

NO. 2023 KW 0832

**OCTOBER 20, 2023**

---

In Re:    On motion of State of Louisiana, to dismiss the writ
          application, 22nd Judicial District Court, Parish of
          St. Tammany, No. 3932-F-2019.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **MOTION TO DISMISS WRIT APPLICATION GRANTED.**

                        **PMc**
                        **CHH**
                        **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT